**STATE of Missouri, Respondent,**

v.

**Mark A. WOODARD, Appellant.**

**No. WD 46159.**

Missouri Court of Appeals,
Western District.

April 6, 1993.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

From convictions of first degree burglary, § 569.160, RSMo 1986, and two counts forcible rape, § 566.030, RSMo. *Cum. Supp.* 1991 with twenty year sentences on each to run concurrently the defendant appeals with three points: 1) spectator misconduct, 2) failure to suppress the victim's identification of defendant, and 3) instructional error on definition of reasonable doubt. The judgment is affirmed. Rule 30.25(b).